ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiff
Jose Edgar Perez

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE EDGAR PEREZ,<br><br>　　　　Plaintiff,<br>vs.<br><br><br>RUMI CONSTRUCTION, a sole proprietorship of HAMID GHAZANFARI , JANET FAYZBAKHSH,  FRAYAR GHAZANFARI, AMANA ENGINEERING AND CONSTRUCTION INC., A NASSER JANDALI, AMERICAN CONTRACTORS INDEMNITY CO.<br>Defendants<br><br>　　　　Defendants | Case No.: C07-02039 JL<br><br>MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [~~PROPOSED~~] ORDER |

　　　　Plaintiff, through his counsel, moves to continue the Initial Case Management Conference currently set on September 12, 2007 as follows:

　　　　1.　　Plaintiff filed the Complaint on April 10, 2007.

　　　　2.　　All defendants have been served.  Answers should be due in one week.

　　　　3.　　Mr. Joseph Sullivan has called the undersigned, stating that he would be out of the country until September 17, 2007.

1　　　　　　　　　C07-02039 JL

MOTION TO CONTINUE INITIAL CMC
Perez v. Rumi Construct, et al.

4.	Plaintiffs respectfully request that the Initial Case Management Conference be continued for two weeks until September 26, 2007

5.	I, the undersigned, declare under the penalty of perjury under the laws of the United States that foregoing is true and accurate.

Dated:  September 11, 2007			By:	/s/ ADAM WANG
							Adam Wang
							Attorney for Plaintiff

---

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled on September 12, 2007 be continued to September 26, 2007.

IT IS SO ORDERED.

Dated:  September 11, 2007				_____
							James Larson
							United States Magistrate Judge

1	C07-02039 JL

MOTION TO CONTINUE INITIAL CMC
Perez v. Rumi Construct, et al.