ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiff
Jose Edgar Perez

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| JOSE EDGAR PEREZ, | Case No.: C07-02039 PJH |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [P~~ROPOSE~~D] ORDER |
| vs. | |
| RUMI CONSTRUCTION, a sole proprietorship of HAMID GHAZANFARI, JANET FAYZBAKHSH, FRAYAR GHAZANFARI, AMANA ENGINEERING AND CONSTRUCTION INC., A NASSER JANDALI, AMERICAN CONTRACTORS INDEMNITY CO. Defendants | |
| Defendants | |

Parties, through their counsel, stipulate to continue the Initial Case Management Conference currently set on October 11, 2007 as follows:

1. Plaintiff filed the Complaint on April 10, 2007.

2. The case was originally assigned to Magistrate Judge Larson, and was recently reassigned to this Court due to a declination to proceed before a magistrate field by one party.

3. This wage and hour case arose out of Plaintiff's employment with the Defendant Hamid Ghazanfari doing business as Rumi Construction. While named in this case, Mr.

STIPULATION TO CONTINUE INITIAL CMC
Perez v. Rumi Construct, et al.

1   C07-02039 PJH

Ghazanfari has filed chapter 13, effectively staying Plaintiff's claim against him. As such, the only claims remain to proceed in this case are the claims against American Contractors Indemnity Co. arising out of the contractor's bond taken out on some public work projects that Plaintiff had worked on, and the claims against Defendant Amana Engineering and Construction Inc. under California Labor Code § 2810 for knowingly contracting subcontractor for insufficient funds on certain projects where Rumi Construction was the subcontractor for Amana Engineering and Construction Inc.

4. Given the case posture, parties realize that the claims remaining may not economically warrant the costs in a full-scale litigation, and parties wish to have an opportunity to explore the settlement before case proceeds to discovery.

5. As such, parties request that the Initial Case Management Conference be continued for 45 days to November 15, 2007.

Dated: October 4, 2007                By:   /s/ ADAM WANG
                                            Adam Wang
                                            Attorney for Plaintiff

Dated: October 4, 2007                By:  /s/ Walter Cook
                                           Attorney for Amana Engineering &
                                           Construction Inc. & A Nasser Jandali

Dated: October 4, 2007                By:   /s/ Charles Philips
                                            Chares Philips
                                            Attorney for American Contractors
                                            Indemnity Co.

STIPULATION TO CONTINUE INITIAL CMC
Perez v. Rumi Construct, et al.

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled on October 11, 2007 be continued to November 15, 2007.

IT IS SO ORDERED.

Dated: October 9, 2007



Phyllis J. Hamilton
United St...
IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION TO CONTINUE INITIAL CMC
Perez v. Rumi Construct, et al.

1

C07-02039 PJH