ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiff
JOSE EDGAR PEREZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE EDGAR PEREZ,<br><br>    Plaintiff,<br>  vs.<br><br><br>RUMI CONSTRUCTION, et al.<br><br>    Defendants | Case No. C07-02039 PJH<br><br>VOLUNTARY DISMISS WITHOUT PREJUDICE WITH RESPECT TO JANET JANET FAYZBAKHSH, FRAYAR GHAZANFARI AND OAKLAND SCHOOL DISTRICT |

Pursuant to Fed. R. Civ. Pro. 41, Plaintiff JOSE EDGAR PEREZ hereby dismisses all claims alleged in this case without prejudice against Janet Janet Fayzbakhsh, Frayar Ghazanfari And Oakland School District without prejudice.

|  |  |
|---|---|
|  | DAL BON & WANG<br>ADAM WANG |
| Dated: November 9, 2007 | By: /s/ ADAM WANG<br>     Attorney for Plaintiff<br>     JOSE EDGAR PEREZ |

11/9/07

*IT IS SO ORDERED*
*[signature]*
*Judge Phyllis J. Hamilton*

Case No.   C07-02039 PJH RS

**STIPULATION TO DISMISS WITHOUT PREJUDICE**
Perez v. Rumi Construction, et al.