LAW OFFICES OF CHARLES J. PHILIPPS
CHARLES J. PHILIPPS - SB#043620
LINDA J. PHILIPPS - SB#108062
P. O. Box 7047
Corte Madera, CA 94976
Telephone: (415) 927-9449
Facsimile: (415) 927-0660
cphilipps@comcast.net
Attorneys for American Contractors Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE EDGAR PEREZ, <br><br> Plaintiff, <br><br> vs. <br><br> RUMI CONSTRUCTION, a sole proprietorship of HAMID GHAZANFARI; JANET FAYZBAKHSH, FRAYAR BHAZANFARI; AMANA ENGINEERING AND CONSTRUCTION, INC.; A NASSER JANDALI; AMERICAN CONTRACTORS INDEMNITY CO.; <br><br> Defendants. | No. C07-02039 PJH <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |

The parties hereto, through their respective counsel, hereby stipulate to continue the Case Management Conference currently scheduled on September 11, 2008 at 2:30 p.m. to **September 18, 2008** at 2:30 p.m.

///

///

///

Stipulation - C07-02039 PJH                     1

1  SO STIPULATED:

3  Dated: August 4, 2008          LAW OFFICES OF CHARLES J. PHILIPPS

5                                 By: _____
                                   Linda J. Philipps, Attorneys for American
6                                  Contractors Indemnity Company

7  Dated:                          LAW OFFICES OF JOSEPH D. O'SULLIVAN

10                                 By: _____
                                   Walter C. Cook, Attorneys for Amana
                                   Construction and Engineering, Inc. and
11                                 Nasser Jandali

12 Dated:                          ~~DAL, BON & WANG~~

14                                 By: _____
                                   Adam Wang, Attorneys for Jose Edgar Perez

16 SO ORDERED:

17 Dated:
                                   _____
18                                 Honorable Phyllis J. Hamilton,
                                   Judge of the U.S. District Court

28 Stipulation - C07-02039 PJH              2

SO STIPULATED:

Dated: August 4, 2008          LAW OFFICES OF CHARLES J. PHILIPPS


                               By: _____
                                   Linda J. Philipps, Attorneys for American
                                   Contractors Indemnity Company


Dated: 8/4/08                  LAW OFFICES OF JOSEPH D. O'SULLIVAN


                               By: _____
                                   Walter C. Cook, Attorneys for Amana
                                   Construction and Engineering, Inc. and
                                   Nasser Jandali


Dated:                         DAL, BON & WANG


                               By: _____
                                   Adam Wang, Attorneys for Jose Edgar Perez


SO ORDERED:

Dated: 8/14/08
                               _____
                               Honorable _____,
                               Judge, _____ Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

---

Stipulation - C07-02039 PJH                              2