LAW OFFICES OF CHARLES J. PHILIPPS
CHARLES J. PHILIPPS - SB#043620
LINDA J. PHILIPPS - SB#108062
P. O. Box 7047
Corte Madera, CA 94976
Telephone: (415) 927-9449
Facsimile: (415) 927-0660
cphilipps@comcast.net
Attorneys for American Contractors Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE EDGAR PEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>RUMI CONSTRUCTION, a sole proprietorship of HAMID GHAZANFARI; JANET FAYZBAKHSH, FRAYAR BHAZANFARI; AMANA ENGINEERING AND CONSTRUCTION, INC.; A NASSER JANDALI; AMERICAN CONTRACTORS INDEMNITY CO.;<br><br>    Defendants. | No. C07-02039 PJH<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT AMERICAN CONTRACTORS INDEMNITY COMPANY; ORDER** |

    Plaintiff Jose Edgar Perez and defendants Amana Engineering and Construction, Inc. and American Contractors Indemnity Company, by and through their respective counsel, hereby stipulate that American Contractors Indemnity Company shall be dismissed from this action with prejudice. In consideration for the dismissal, American Contractors waives sanctions awarded by the Court against Jose Edgar Perez and in favor of American Contractors in the sum of $4,896.15 pursuant to the Order Adopting

Stipulation - C07-02039 PJH             1

1 | Magistrate Judge's Report & Recommendation filed September 12, 2008, and Jose Edgar
2 | Perez and American Contractors each waive attorney's fees and costs against the other.
3 | Jose Edgar Perez waives any right to appeal the Order Adopting Magistrate Judge's
4 | Report & Recommendation filed September 12, 2008.
5 |     Nothing herein shall be construed to affect the rights of American Contractors vis-
6 | a-vis any other defendant.
7 | SO STIPULATED:
8 | Dated: 11/5/08      LAW OFFICES OF ADAM WANG
9 |
10 |                    By: _____
11 |                             Adam Wang, Attorneys for Jose Edgar Perez
12 | Dated:      LAW OFFICES OF CHARLES J. PHILIPPS
13 | 11/16/08
14 |                    By: _____
15 |                             Linda J. Philipps, Attorneys for American Contractors Indemnity Company
16 |
17 | Dated:      LAW OFFICES OF JOSEPH D. O'SULLIVAN
18 |
19 |                    By: _____
20 |                             Walter C. Cook, Attorneys for Amana Construction and Engineering, Inc. and Nasser Jandali
21 |
22 |
23 | SO ORDERED:
24 | Dated:
25 |                             Honorable Phyllis J. Hamilton, Judge of the U.S. District Court
26 |
27 |
28 | Stipulation - C07-02039 PJH      2

Magistrate Judge's Report & Recommendation filed September 12, 2008, and Jose Edgar Perez and American Contractors each waive attorney's fees and costs against the other. Jose Edgar Perez waives any right to appeal the Order Adopting Magistrate Judge's Report & Recommendation filed September 12, 2008.

Nothing herein shall be construed to affect the rights of American Contractors vis-a-vis any other defendant.

SO STIPULATED:

Dated:                          LAW OFFICES OF ADAM WANG

                                By: _____
                                Adam Wang, Attorneys for Jose Edgar Perez

Dated:                          LAW OFFICES OF CHARLES J. PHILIPPS

                                By: _____
                                Linda J. Philipps, Attorneys for American
                                Contractors Indemnity Company

Dated: 11/15/08                 LAW OFFICES OF JOSEPH D. O'SULLIVAN

                                By: _____
                                Walter C. Cook, Attorneys for Amana
                                Construction and Engineering, Inc. and
                                Nasser Jandali

SO ORDERED:

Dated: 11/17/08

Honorable Phyllis J. Hamilton
Judge of the U.S. District

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal]

Stipulation - C07-02039 PJH

dismissed from this action with prejudice. In consideration for the dismissal, American Contractors waives sanctions awarded by the Court against Jose Edgar Perez and in favor of American Contractors in the sum of $4,896.15 pursuant to the Order Adopting

Stipulation - C07-02039 PJH          1