UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE EDGAR PEREZ,

       Plaintiff,                     No. C 07-2039 PJH

       v.                         **ORDER OF DISMISSAL**

RUMI CONSTRUCTION, et al.,

       Defendants.

_____/

      The court having been advised by Magistrate Judge Maria-Elena James following a settlement conference, that the parties have agreed to a settlement of this case,

      IT IS HEREBY ORDERED that  this case is dismissed **without** prejudice; however, if any party hereto shall certify to this Court, with proof of service of a copy thereof to the opposing party, within sixty (60) days from the date of this order, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the Court's calendar to be set for trial.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED.**

Dated:  December 17, 2008

_____

PHYLLIS J. HAMILTON
United States District Judge